UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
APR 2 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

               Plaintiff,

   vs.

Mauricio Jacobo Delgado,

               Defendant.

CASE NO. 05CR0489-WQH

**JUDGMENT OF DISMISSAL**

The previously imposed sentence is hereby set aside and vacated.

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__ the Court has granted the motion of the Defendant for dismissal

__X__ of the offense(s) of: 8 USC 1326 - Deported Alien Found in the US

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: April 22, 2008

                                     William Q. Hayes
                                     UNITED STATES DISTRICT JUDGE